■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREMEL STONE, Appellant. [939 NYS2d 913]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered September 22, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASAUN L. BLACKMON, Appellant. [939 NYS2d 914]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered October 5, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see *People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE L. LOYD, Appellant. (Appeal No. 1.) [940 NYS2d 516]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered April 14, 2010. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Lindley and Martoche, JJ.